# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMIE R. MAPES

**NOTICE**

v.

Case Number: 18-CV-1977-JPS

WASHINGTON COUNTY, DALE SCHMIDT,
JOHN DOE #1-10, and ABC INSURANCE
COMPANY

Type of case:        ☑ CIVIL        ☐ CRIMINAL

Take notice that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE:<br>Federal Courthouse<br>517 E. Wisconsin Ave.<br>Milwaukee, Wisconsin | ROOM NO.: 425 |
| --- | --- |
| | DATE AND TIME: FRIDAY, JANUARY 25, 2019<br>at 8:30 AM |

TYPE OF PROCEEDING:

## RULE 16 SCHEDULING CONFERENCE

In order that this case move forward in a timely manner, counsel for the parties are directed to file a joint Rule 26 plan on or before **January 22, 2019**; such report to include cutoff dates within which to complete various pretrial tasks in order that this case be concluded on or before **January 1, 2020**, including trial, if necessary.

To accommodate counsel's schedule, appearances may be made by telephone; however, neither cell phones nor calls made over a speaker phone may be used, as both technologies are incompatible with the court's sound/teleconferencing equipment.

The court will initiate the call. Therefore, if appearing by telephone, counsel must notify the court at 414-297-1122, in advance, of the direct number at which they may be reached.

STEPHEN C. DRIES

Clerk of Court

January 4, 2019

s/ Jodi L. Malek

Date

(By) Deputy Clerk