UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMIE R. MAPES,

    Plaintiff,

v.

WASHINGTON COUNTY et al.,

    Defendants.

Case No.: 18-CV-01977-JPS

## STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

It is hereby stipulated by and between the parties through their respective counsel, that the above-entitled action should be dismissed with prejudice and without costs.

**CADE LAW GROUP LLC**

Dated: July 15, 2019

By: */s/ Nathaniel Cade, Jr.*
Nathaniel Cade, Jr., SBN 1028115
Attorney for Plaintiff, Jamie Mapes
PO Box 170887
Milwaukee, WI 53217
Telephone: 414-255-3802
Fax: 414-255-3804
Email: nate@cade-law.com

**LEIB KNOTT GAYNOR LLC**

Dated: July 15, 2019

By: */s/ Douglas S. Knott*
Douglas S. Knott, SBN 1001600
Charles R. Starnes, SBN 1113293
Attorneys for Defendant Advanced Correctional Healthcare, Inc.
219 North Milwaukee Street, Suite 710
Milwaukee, WI 53202
Telephone: (414) 276-2102
Fax: (414) 276-2140
Email: dknott@lkglaw.net
      cstarnes@lkglaw.net

1

**AXLEY BRYNELSON LLP**

Dated: July 15, 2019

By: */s/ Lori M. Lubinsky*
Lori M. Lubinsky, SBN 1027575
Kristin R. Pierre, SBN 1085499
Attorneys for Defendants Washington County
and Sheriff Dale Schmidt
Manchester Place
2 E Mifflin St - Ste 200
PO Box 1767
Madison, WI 53703
608-257-5661
Fax: 608-257-5444
Email: llubinsky@axley.com
kpierre@axley.com